` **Opinion issued January 29, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00225-CV

———————————

**SHAMROCK MANAGEMENT, LLC, Appellant**

**V.**

**DUNE ENERGY, INC., Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Case No. CV-0059024-A**

---

## MEMORANDUM OPINION

The parties have filed a Joint Motion to Vacate Trial Court's Judgment, Remand for Further Proceedings and Discharge the Surety on the Supersedeas Bond. They represent that they have reached an agreement to settle this matter and request that we grant their motion to remand pursuant to Texas Rule of Appellate

Procedure 42.1(a)(2)(B). *See* Tex. R. App. P. 42.1(a)(2)(B). The parties also request that the surety be released from its obligation on the supersedeas bond.

We grant the joint motion, vacate the trial court's judgment without regard to the merits, and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.* The clerk of the trial court shall release the surety from further liability on the supersedeas bond filed in the case.

The Clerk of this Court is directed to issue the mandate upon issuance of this opinion, in accordance with the parties' agreement. *See* TEX. R. APP. P. 18.1(c).

All costs of this appeal are taxed against the party incurring same.

We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.